

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**GREGORY B. REILLY**
greilly@bsk.com
P: 646.253.2330
F: 646.253.2301

July 16, 2021

**VIA ELECTRONIC CASE FILING**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> MEMO ENDORSED:
>
> The application is granted. The initial pretrial conference scheduled for July 22, 2021 is adjourned **July 29, 2021 at 9:45 a.m.**
>
> SO ORDERED.
>
> _____
> Paul G. Gardephe
> United States District Judge
>
> Dated: July 20, 2021

Re: **Sesay v. Execu-Search Group, LLC, et al.**
    **Case No. 1:21-cv-1837(PGG)(KHP)**

Dear Judge Gardephe:

I am lead counsel for the Defendants The Execu-Search Group, LLC and Kyle Mattice ("Defendants") in the above-referenced action. I respectfully submit this letter to request an adjournment of the initial pre-trial conference, which the Court recently moved from July 15, 2021 to July 22, 2021.

The reason for this request is that I have a scheduling conflict on July 22, 2021 as I was previously ordered to appear for oral argument on a client's motion to dismiss pending in New York Supreme Court (Nassau) in the matter *Thomas v. Garden City Park/Water Fire District*, Index No. 604169/2021. Plaintiff's counsel consents to the requested adjournment. If it is of assistance, I note that all parties' counsel are available the following Thursday morning, July 29th.

Thank you for your consideration.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

Gregory B. Reilly, Esq.

cc: Clara Lam, Esq. (Counsel for Plaintiff)