**BROWN KWON & LAM LLP**

Brown Kwon & Lam, LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (718) 971-0326
Fax: (718) 795-1642
Email: info@bkllawyers.com

Writer's Direct: Clara Lam, Esq.
clam@bkllawyers.com

MEMO ENDORSED:
The application is granted. The initial pretrial conference scheduled for August 19, 2021 is adjourned to **September 2, 2021 at 9:30 a.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Dated: August 17, 2021

**Via ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *Sesay v. The Execu-Search Group, LLC, et al.*
Case No. 1:21-cv-1837(PGG)(KHP)

Dear Judge Gardephe:

We are counsel for Plaintiff in the above-referenced matter. We submit this letter to respectfully request an adjournment of the Initial Conference, which is currently scheduled for Thursday, August 19, 2021, at 10:15am. Defendants consent to the adjournment.

Due to the passing of a family member of the undersigned, who is lead counsel for Plaintiff, we write to respectfully request an adjournment of the Initial Conference upon notice that the wake and funeral procession is scheduled for the same day as the Initial Conference, on Thursday, August 19, 2021.

The parties have conferred and are available to reschedule the Initial Conference to Thursday, September 2, 2021, or as soon thereafter as the Court's schedule permits.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Clara Lam*

cc: all parties via ECF